IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. 74,818






EX PARTE SAM EDDIE NELSON, JR., Applicant








ON APPLICATION FOR A WRIT OF HABEAS CORPUS


FROM ROBERTSON COUNTY






 Meyers, J., filed a dissenting opinion.



DISSENTING OPINION



 I respectfully dissent. Again, I disagree with the Court's decision to effectively do
away with the writ process in Texas. I reiterate the concerns that I expressed in my
dissenting opinion in Ex Parte Townsend, ____ S.W.2d____ (Tex.Crim.App. No. 74,764,
delivered June 16, 2004)(Meyers, J., dissenting). 

 Meyers, J.

Filed: June 23, 2004

Publish